CCA No. PD-0820-15

Benjamin Elias,                    §     IN THE COURT OF
v.                                 §     CRIMINAL APPEALS
The State of Texas                 §     OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 03 2015

Abel Acosta, Clerk

PRO SE MOTION REQUESTING LEAVE TO FILE
AN ORIGINAL COPY ONLY OF THE
PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

NOV 03 2015

Abel Acosta, Clerk

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

COMES NOW, Benjamin Elias, Petitioner, pro se in the above-styled and numbered cause and respectfully moves this Honorable Court to grant leave to file an original copy only of the Petition for Discretionary Review and in support thereof would show to the Court the following:

1. The style and appeal number in the Fourth District Court of Appeals for Texas is: Benjamin Elias v. The State of Texas, Appeal No. 04-14-00498-CR.

2. The Petitioner moves that pursuant to Rule 2, Texas Rules of Appellate Procedure, this Court suspend Rule 9.3(b), Texas Rules of Appellate Procedure, that requires the filing of eleven (11) copies of the Petition for Discretionary Review.

3. The facts relied upon to show good cause for this request are, as follows: The Appellant is indigent and incarcerated and does not have access to a photo copier. The Appellant is presently not represented by counsel and intends to file a Pro Se Petition for Discretionary Review.

Wherefore, PREMISES CONSIDERED, the Appellant/Petitioner respectfully requests that this Honorable Court grant leave to file an ~~or~~ original copy of the Petition for Discretionary Review with the Court.

Respectfully submitted,
Benjamin Elias
Benjamin Elias, pro se
TDCJ-ID No. 819778
Fort Stockton Unit
1536 I-10 E
Fort Stockton, Texas 79735.

Certificate of Service

I, Benjamin Elias, Petitioner, pro se, hereby certify that a true and correct copy of the above and foregoing Pro Se Motion Requesting Leave to File an Original Copy Only of the Petition for Discretionary Review has been forwarded by U.S. Mail, postage paid, first class, to the Attorney for the State, Bexar County District Attorney's

Office, Appellate Division, Paul Elizondo Tower, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205; and the State Prosecuting Attorney, Lisa C. McMinn, P.O. Box 13046, Austin, Texas 78711 on this the 27th day of October 2015.

Benjamin Elias

Benjamin Elias, pro se